JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

HENRIKH VARDANYAN,

               Petitioner,

      v.

JAMES JANECKA, et al.,

               Respondents.

Case No. EDCV 26-1873-SSS (AS)

**JUDGMENT**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition is GRANTED.

DATED: June 18, 2026

_____
SUNSHINE SUZANNE SYKES
UNITED STATES DISTRICT JUDGE